TARA K. MCGRATH
United States Attorney
STEPHEN H. WONG
CA Bar No. 212485
ALICIA P. WILLIAMS
CA Bar No. 262823
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9464/8917
Email: stephen.wong@usdoj.gov/alicia.williams@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN MADRIGAL-BIRRUETA,<br><br>Defendant. | Case No. 23-cr-1684-RBM<br><br>**UNITED STATES' RULE 16.1 STATUS REPORT**<br><br>The Honorable Ruth Bermudez Montenegro |

The United States of America, by and through its counsel, Tara K. McGrath, United States Attorney, and Stephen H. Wong and Alicia P. Williams, Assistant United States Attorneys, hereby submits this Status Report pursuant to Federal Rule of Criminal Procedure 16.1. The United States also provides this report to advise the Court of the nature and scope of this case so that the Court can exercise appropriate oversight, and to that end includes more detail in this report than is typical for an initial status report.

# I

## STATEMENT OF THE CASE

On August 18, 2023, the Grand Jury returned an Indictment charging Defendant with engaging in a continuing criminal enterprise (21 U.S.C. §§ 848(a), 841(a)(1), and

846); conspiring to distribute methamphetamine, fentanyl, and cocaine ( 21 U.S.C. §§ 841(a)(1), 846); conspiring to import methamphetamine and Cocaine (21 U.S.C. §§ 852, 960, 963); and 846); possessing a firearm in furtherance of a drug trafficking crime (18 U.S.C. § 924(c); conspiring to launder money (18 U.S.C. § 1956(h), and criminal forfeiture. [ECF No. 1.]

On February 16, 2024, the Grand Jury returned a superseding indictment charging Defendant with murdering two people, Cesar Armando Murillo, 44, and Maira Sofia Hernandez, 33, in violation United States laws criminalizing murder in relation to a drug trafficking conspiracy (21 U.S.C. §§ 848(e)); murder in furtherance of witness tampering (18 U.S.C. §§ 1512(a)) & 1111; conspiracy to do the same (18 U.S.C. § 1512(k) & 1111); and killing an in utero child in the course of certain federal crimes (18 U.S.C. §§ 1841 & 1111).  As to the latter charge, Hernandez was approximately six months pregnant at the time she was murdered.  The superseding indictment also charged Defendant with possessing a machine gun in furtherance of a drug trafficking crime and discharging a firearm in furtherance of a drug trafficking crime and a crime of violence, in violation of 18 U.S.C. § 924(c).

Since August of 2023 the United States has produced several rounds of discovery to the defense, including discovery related to the discovery, exhumation, and forensic examination of two sets of human remains and one set of fetal remains belonging to the victims of the alleged murders that are the subject of the Superseding Indictment.  In addition, the United States has produced discovery relating to the drug trafficking organization generally, including over two dozen phone downloads, seized pursuant to a court order or the user's consent; seizure reports; interview reports; photographs, and video.

The United States has presented the discovery to defense counsel during multiple proffer sessions with counsel and the case agent during which time the defense received an overview of the case and was able to pose questions to the prosecution team.
//

# II

# STATEMENT OF FACTS

**A.  An investigation into drugs seized at San Diego ports of entry leads agents to interview two individuals in Yakima, Washington.**

In the summer of 2021, Special Agents with Homeland Security Investigations began investigating a drug trafficking organization (DTO) that was importing methamphetamine, fentanyl, and cocaine into the United States from Mexico through San Diego area ports of entry. Between August 2021 and June 2022, law enforcement seized fentanyl, methamphetamine, and cocaine from six different vehicles. Defendant is responsible for each of those seizures, being linked to the seizures through phone records and through his own admissions.

By August of 2022, the investigation led agents to a group of individuals operating out of Yakima Washington. Specifically, agents learned that two individuals, Cesar Murillo and Maira Hernandez, had wired money to individuals working with the DTO and had and registered vehicles in their name that were being used by the DTO. Agents interviewed Murillo and Hernandez on August 23 and 24, 2022.

Agents returned to Murillo's and Hernandez's residence with a search warrant issued by the U.S. District Court, Eastern District of Washington, on September 8, 2022. Agents searched both a residence in the town of Yakima, WA, and a ranch approximately ten miles outside of town located in a rugged and remote high-desert location.  Agents seized multiple firearms, small amounts of drugs, and drug trafficking paraphernalia, such as packaging, scales, and a money counter.  However, Murillo and Hernandez were not at the scene.  Firearms seized on September 8, 2022, are pictured below.

**B.     The United States learns that Murillo and Hernandez were murdered during the investigation.**

The United States later learned that Murillo and Hernandez had been murdered shortly after they spoke with agents and buried near the ranch outside of Yakima, WA. Agents searched for their remains for almost a year, and ultimately recovered their remains on September 13 and 14, 2023. At the time she died, Hernandez was a mother to three minor children, in addition to the one she carried. Murillo is survived by two minor children.

On April 4, 2023, after receiving his Miranda warnings, defendant told agents that he shot Murillo (claiming self-defense), that he later drove Hernandez to the ranch, and that soon after Hernandez got out of his car another person shot her multiple times. Defendant said he buried their remains at the ranch.

Defendant also admitted to overseeing smugglers arrested at San Diego ports of entry and elsewhere in the summer of 2021 as well as additional drug smuggling ventures. Agents found evidence on Defendant's phone showing that he continued to import drugs from Mexico into the United States as recently as March of 2023.

//

**C.    Agents discover the clandestine burial sites, recover Murillo's and Hernandez's remains, conduct forensic testing of the remains, and produce reports of such tests to the defense.**

After an exhaustive, year-long search for Murillo and Hernandez, agents discovered their clandestine burial sites on September 13, 2023. The search employed geophysicists, ground penetrating radar, aircraft, laser imaging, chemical testing of the soil, numerous cadaver dogs, and other law enforcement techniques. The remains were exhumed on September 13 and 14, 2023 by a forensic evidence team with Washington State Police. The photo below depicts Homeland Security Investigations Special Agents working with Washington State Police Crime Scene personnel to exhume the remains on September 13, 2023.



Between October 2023 and December 2023, two different Forensic Pathologist Medical Doctors examined the remains and opined that Hernandez and Murillo both died from gunshot wounds to the head. Murillo sustained multiple shots to the chest

5

and two shots to the head. Hernandez sustained two shots to the head and had one bullet lodged in her lung. A Forensic Anthropologist examined the fetal remains and opined that Hernandez was approximately 26-weeks pregnant at the time she died. Those fetal remains were found in her leggings, having apparently been expelled from her womb by the tons of dirt covering her.

All the pathology reports, along with all other evidence related to the exhumation and examination of the remains, were produced to the defense in December 2023. In addition, the United States arranged for defense counsel to speak with Dr. Kiesel over the phone.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

# III

# RULE 16.1 STATUS REPORT

The parties have conferred on discovery, and the United States hereby provides a report pursuant to Federal Rule of Criminal Procedure 16.1.

The United States has complied, and will continue to comply, with its discovery obligations. To date, it has produced seven rounds of discovery containing over a hundred reports, thousands of photographs and videos, and several expert witness reports. The United States has consistently engaged with defense counsel and has invited the defense to participate in case briefings where agents and prosecutors summarized the evidence and took questions. At this time, the United States is not aware of any specific item of discovery that the defense has requested and which the United States is unwilling to produce.

The parties will continue to meet and confer about any discovery matters, including the timetable for any additional production, and will inform the Court accordingly.

The parties will also meet and confer over a litigation schedule motion and trial dates and will discuss this with the court at the next status hearing.

DATED: March 5, 2024            Respectfully submitted,

                                TARA K. MCGRATH
                                United States Attorney

                                */s/ Stephen H. Wong*
                                STEPHEN H. WONG
                                ALICIA P. WILLIAMS
                                Assistant United States Attorneys